IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11-cr-30116-MJR ) |
| DREUX MICHAEL PERKINS, | ) ) |
| Defendant. | ) |

ORDER

REAGAN, District Judge:

Defendant Dreux Perkins moves the Court to implement Veterans Court in this district (Doc. 36). The motion explains that Perkins is a combat veteran who has been diagnosed with Post-Traumatic Stress Disorder and Impulse Control Disorder. Perkins submits that implementing a Veterans Court would benefit all combat veterans who might find themselves before the courts of this district.

Although sympathetic to this well-intentioned motion, the Court must deny it. First, implementing a new District-wide sentencing program is an administrative matter that would have to be considered outside the context of a particular criminal case. Second, Perkins does not identify how his sentencing hearing would or should be conducted differently from the procedures currently in place. The undersigned Judge has a wide range of sentencing options available to him and is already obligated to consider the factors in 18 U.S.C. § 3553(a), including Perkins' history and characteristics, as well as the need for the sentence imposed to include provision for needed medical care. In short, the implementation of a Veterans Court would not alter the factors the Court must consider at sentencing. **18 U.S.C. § 3553(a);** *Gall v. United States*, **552 U.S. 38, 49-50 (2007)**.

For the foregoing reasons, the Court **DENIES** Perkins' motion for Veterans Court (Doc. 36).

IT IS SO ORDERED.

DATED September 21, 2011

                                                 s/Michael J. Reagan
                                                 MICHAEL J. REAGAN
                                                 United States District Judge